**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | |
| The Closet Organizer, Inc. ) | Case No. 19-11175 (LSS) |
| ) | |
| Debtor. ) | **Re: Docket No. \_\_\_\_** |

**ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE
TO DISMISS CASE UNDER 11 U.S.C. § 707**

1. Jeoffrey L. Burtch, Trustee for above captioned case, has filed a Motion to Dismiss Case Under 11 U.S.C. § 707 (the "Motion");

2. The Motion is GRANTED to dismiss this Chapter 7 case.

---

THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

DATED: _____