**IN THE UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| The Closet Organizer, Inc., | ) | Case No. 19-11175 (LSS) |
| | ) | Re: Docket No. 13 |
| Debtor. | ) | |

**JOINDER OF WILMINGTON SAVINGS FUND SOCIETY, FSB TO
THE OBJECTION OF JEOFFREY L. BURTCH, INTERIM CHAPTER 7 TRUSTEE,
TO MOTION TO WITHDRAW AS COUNSEL TO DEBTOR**

COMES NOW, Wilmington Savings Fund Society, FSB ("WSFS"), by and through its undersigned counsel, and hereby joins in the *Objection of Jeoffrey L. Burtch, Interim Chapter 7 Trustee, to Motion to Withdraw as Counsel to Debtor* [Docket No. 13] (the "Objection"), for the reasons set forth below and in the Objection.

WSFS hereby joins in the Objection filed by Jeoffrey L. Burtch, Interim Chapter 7 Trustee on July 22, 2019, and incorporates the legal arguments in the Objection, herein by reference, as if they were WSFS's arguments.

WHEREFORE, WSFS respectfully requests that the Court enter an Order denying the motion to withdraw as counsel filed by Debtor's attorney.

Dated: July 24, 2019

/s/ Garvan F. McDaniel
Garvan F. McDaniel (#4167)
HOGAN♦MCDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: 302-656-7540
Facsimile: 302-656-7599

*Attorney for WSFS*