# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| The Closet Organizer, Inc. | ) Case No. 19-11175 (LSS) |
| | ) |
| Debtor. | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters his appearance for BB&T Commercial Equipment Capital Corporation (the "BB&T") pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and requests that copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case, be served upon BB&T through its undersigned counsel, as follows:

Matthew G. Summers, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Notices* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of BB&T including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which BB&T is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until BB&T expressly states otherwise, BB&T does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

| | |
|---|---|
| Dated:  August 6, 2019<br>Wilmington, Delaware | */s/ Matthew G. Summers*<br>Matthew G. Summers (DE No. 5533)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: summersm@ballardspahr.com<br><br>*Counsel for Federal Realty Investment Trust* |

## **CERTIFICATE OF SERVICE**

I, Matthew G. Summers, hereby certify that, on this 6th day of August 2019, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* to be served upon the following individuals as noted below.

Jeoffrey L. Burtch
P.O. Box 549
Wilmington, DE 19899
*Via First Class Mail*

William F. Jaworski, Jr.
Law Office of William F. Jaworski
1274 S. Governors Ave.
Dover, DE 19904
*Via First Class Mail*

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*Via Hand Delivery*

Dated: August 6, 2019
Wilmington, Delaware

/s/ *Matthew G. Summers*
Matthew G. Summers (No. 5533)
BALLARD SPAHR LLP