# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| The Closet Organizer, Inc. | ) Case No. 19-11175 (LSS) |
| | ) |
| Debtor. | ) **Re: Docket No. ____** |

## ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE
## TO DISMISS CASE UNDER 11 U.S.C. § 707

1. Jeoffrey L. Burtch, Trustee for above captioned case, has filed a Motion to Dismiss Case Under 11 U.S.C. § 707 (the "Motion");

2. The Motion is GRANTED to dismiss this Chapter 7 case.

_____
THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

DATED: August 15, 2019